**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6848**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL ROBERT QUEEN, JR.,

Defendant - Appellant.

---

**No. 99-6849**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SAMUEL ROBERT QUEEN, JR.,

Defendant - Appellant.

---

Appeals from the United States District Court for the District of Maryland, at Baltimore. Walter E. Black, Jr., Senior District Judge. (CR-93-369-B, CA-97-2980-B)

---

Submitted: December 29, 1999        Decided: January 13, 2000

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

No. 99-6848 dismissed and No. 99-6849 affirmed by unpublished per curiam opinion.

Samuel Robert Queen, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

2

PER CURIAM:

Samuel R. Queen, Jr., appeals from the district court's order denying his Fed. R. Civ. P. 60(b) motion for relief from the court's prior judgment on his Fed. R. Crim. P. 41(e) motion (No. 99-6849). We have reviewed the record and the district court's opinion and find no reversible error. We therefore affirm the denial of this motion on the reasoning of the district court. See United States v. Queen, Nos. CR-93-369-B; CA-97-2980-B (D. Md. May 14, 1999).

Queen also appeals the district court's order denying his motion for recusal of the district judge in the proceedings involving Queen's motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999) (No. 99-6848). Because Queen's informal brief fails to contain any argument concerning the district court's decision denying his recusal motion, consideration of this claim is waived. See 4th Cir. R. 34(b). Accordingly, we deny a certificate of appealability and dismiss this appeal on the reasoning of the district court. See United States v. Queen, Nos. CR-93-369-B; CA-97-2980-B (D. Md. May 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 99-6848 – DISMISSED

No. 99-6849 – AFFIRMED

3